No. 01–1879. GUN OWNERS' ACTION LEAGUE, INC., ET AL. *v.* SWIFT, ACTING GOVERNOR OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1880. GROSS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 01–1881. MALONEY *v.* GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 01–1883. FEDERAL INSURANCE CO. *v.* JONES ET UX. C. A. 6th Cir. Certiorari denied:

No. 01–1884. RICE *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–1885. POLLARD *v.* HIGH'S OF BALTIMORE, INC. C. A. 4th Cir. Certiorari denied.

No. 01–1886. EDWARDS ET VIR *v.* ACADIA REALTY TRUST, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7655. LIGONS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 01–7909. HAMMONS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 01–8354. FRIEND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8830. ENGLAND *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8891. ORTIZ-IRIGOYEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8914. CALLIER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–9016. PELLETIER *v.* FEDERAL HOME LOAN BANK BOARD ET AL. C. A. 9th Cir. Certiorari denied.